MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, LANZINGER and CUPP, JJ., concur.

O'DONNELL, J., dissents.

**2007–0303. State ex rel. Schwartz v. Turner.**

In Prohibition. On relator's motion for issuance of an alternative writ and respondent's motions to dismiss. Motions to dismiss granted on the basis of mootness. Cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007–0358. In re Bozsik.**

Medina App. No. 06CA0026–M. Appellant's appeal to this court is barred by R.C. 2323.52(G). Accordingly, this cause is dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007–0359. State ex rel. Bozsik v. Medina Cty. Commrs.**

Medina App. No. 03CA0096–M. Appellant's appeal to this court is barred by R.C. 2323.52(G). Accordingly, this cause is dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007–0548. State ex rel. Carmine v. Bruzzese.**

In Mandamus. On complaint in mandamus of Mike Carmine. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., PFEIFER, O'CONNOR, LANZINGER and CUPP, JJ., concur.

LUNDBERG STRATTON and O'DONNELL, JJ., dissent and would grant an alternative writ.

**2007–0606. Hill v. Jeffreys.**

In Habeas Corpus. On motion of amicus curiae Ohio Public Defender for leave to file a memorandum in support of petitioner, respondent's return of writ, petitioner's motion for leave to file an amended petition, and motion of amicus curiae Ohio Public Defender for leave to file a memorandum in support of petitioner's motion for leave to amend his petition. Ohio Public Defender's motion for leave to file a memorandum in support of petitioner is granted. Petitioner's motion for leave to file an amended petition and Ohio Public Defender's motion for leave to file a memorandum in support of petitioner's motion for leave to file an amended petition are denied. Because petitioner failed to attach copies of his commitment papers to the habeas corpus petition as required by R.C. 2725.04(D), this cause is dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007–0725. State ex rel. Taylor v. Erie Cty. Court of Common Pleas.**

In Mandamus and Procedendo. On complaint in mandamus/procedendo of Larry Taylor. On S.Ct. Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR and LANZINGER, JJ., concur.

O'DONNELL and CUPP, JJ., dissent and would grant an alternative writ.

**2007–0787. State ex rel. Harrington v. Marshall.**

In Prohibition. On respondent's motion to dismiss and relator's motion for summary judgment. Motion for summary judgment denied. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007–0814. State ex rel. Naugle v. Schneiderman.**

In Mandamus. On respondent's motion to dismiss and motion for leave to intervene of Dolly Burkhart. Motion for leave to intervene denied. Motion to dismiss granted. Cause dismissed.

MOYER, C.J., PFEIFER, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

LUNDBERG STRATTON, J., dissents.

**2007–0820. State ex rel. Weaver v. McCreary.**

In Procedendo. On complaint in procedendo of Dessalines Weaver. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER and CUPP, JJ., concur.

**2007–0837. State ex rel. Hill v. Fleegle.**

In Mandamus. On complaint in mandamus of Matthew L. Hill. On S.Ct.Prac.R. X(5) determination,